IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARQUIS COLEMAN, SR.,        )
                             )
    Plaintiff,               )
                             )
                             )        CIVIL ACTION NO.
    v.                       )         2:15cv586-MHT
                             )              (WO)
ALDOC COMMISIONER            )
JEFFERSON DUNN,              )
                             )
    Defendant.               )
```

JUDGMENT

Having considered the plaintiff's motion to voluntarily dismiss his complaint, and pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED as follows:

(1) The motion to dismiss (doc. no. 7) is granted.

(2) The recommendation of the magistrate judge (doc. no. 6) is withdrawn as moot.

(3) This lawsuit is dismissed in its entirety without prejudice, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 16th day of September, 2015.**

                                 <u>/s/ Myron H. Thompson</u>
                                 **UNITED STATES DISTRICT JUDGE**